# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WILLIE JAMES BELL,

    Petitioner,

-vs-                                          Case No. 8:09-CV-871-T-30TBM

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This matter is before the Court for consideration of Petitioner's Affidavit of Indigency in support of his motion for leave to proceed on appeal *in forma pauperis* (Dkt. 24). Construing Petitioner's Notice of Appeal as a request for issuance of a certificate of appealability pursuant to Rule 22, Fed. R. App. P., and 28 U.S.C. §2253, the Court denied the request on March 15, 2010 (Dkt. 22).

ACCORDINGLY, the Court **ORDERS** that Petitioner's motion for leave to proceed on appeal *in forma pauperis* is **DENIED** (Dkt. 24).

**DONE** and **ORDERED** in Tampa, Florida on March 31, 2010.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Petitioner *pro se*
Counsel of Record